Debtor  _Newbury Common Member Associates, LLC_
Name

Case number *(if known)* _____

---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____  District of  _Delaware_
(State)

Case number *(If known):*  _____  Chapter  _11_

☐ Check if this is an
amended filing

---

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Newbury Common Member Associates, LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** | Unknown at this time |
| | Include any assumed names, trade names, and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 2 6 – 3 9 5 3 9 0 9 |

4. **Debtor's address**

| **Principal place of business** | | | **Mailing address, if different from principal place of business** | | |
|---|---|---|---|---|---|
| 1 | Atlantic St. | | | | |
| Number | Street | | Number | Street | |
| | | | P.O. Box | | |
| Stamford | CT | 06901 | | | |
| City | State | ZIP Code | City | State | ZIP Code |

**Location of principal assets, if different from principal place of business**

| **Fairfield** | | | | | |
|---|---|---|---|---|---|
| County | | | Number | Street | |
| | | | City | State | ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | www.seaboardproperties.com |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor     Newbury Common Member Associates, LLC                                    Case number *(if known)* _____
          _____
          Name

---

**7.    Describe debtor's business**

A.  *Check one:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐  Railroad (as defined in 11 U.S.C. § 101(44))

☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐  Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒  None of the above

Activities Related to Real Estate

B.  *Check all that apply:*

☐  Tax-exempt entity (as described in 26 U.S.C. § 501)

☐  Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐  Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

5 3 1 3

---

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐  Chapter 7

☐  Chapter 9

☒  Chapter 11.  *Check all that apply:*

☐  Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).

☐  The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐  A plan is being filed with this petition.

☐  Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐  The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐  The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐  Chapter 12

---

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒  No

☐  Yes.

District _____  When _____  Case number _____
                                    MM / DD / YYY

District _____  When _____  Case number _____
                                    MM / DD / YYY

---

Debtor    Newbury Common Member Associates, LLC                    Case number *(if known)* _____
          Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes.    Debtor    See attached Annex A               Relationship    Affiliates

District    Delaware                    When    12/13/15, 12/14/15 & 02/03/2016
                                                 MM / DD / YYY

Case number, if known    15-12507 - 15-12520, 15-12528

---

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**    _____
                              Number    Street

                              _____
                              City                State    ZIP Code

**Is the property insured?**

☐ No.

☐ Yes. Insurance agency    _____

Contact name    _____

Phone    _____

Debtor  Newbury Common Member Associates, LLC
        Name

Case number *(if known)*

---

| | Statistical and administrative information |
|---|---|

**13.** Debtor's estimation of available funds*

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14.** Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☒ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

**15.** Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☒ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

**16.** Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☒ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17.** Declaration and signature of authorized representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   02/03/2016
              MM / DD / YYYY

x   /s/ Marc Beilinson
    Signature of authorized representative of debtor

Marc Beilinson
Printed name

Title   Chief Restructuring Officer

---

* Distribution cannot be known at this time.

** Estimated creditors, assets, and liabilities are on a consolidated basis with other affiliated Debtors.

| Debtor | Newbury Common Member Associates, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**18.    Signature of attorney**

x    /s/ Robert S. Brady                                          Date    02/03/2016
Signature of attorney for debtor                                       MM / DD / YYYY

Robert S. Brady
Printed Name

Young Conaway Stargatt & Taylor, LLP
Firm name

1000 North King St.
Number         Street

Wilmington                                          DE              19801
City                                                State            Zip Code

(302) 658 - 9200                                     rbrady@ycst.com
Contact phone                                        Email address

No. 2847                                             DE
Bar number                                           State

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEWBURY COMMON MEMBER | ) | Case No. 16 - _____ (LSS) |
| ASSOCIATES, LLC, | ) | |
| Debtor. | ) | |
| | ) | |

**Annex A**

**PENDING BANKRUPTCY CASES FILED BY AFFILIATES OF DEBTOR**

On December 13, 2015, each of the entities listed below (the "**Initial Debtors**") with the exception of Tag Forest, LLC ("**Tag**") commenced a voluntary case under chapter 11 of the Bankruptcy Code.  On December 14, 2015, Tag commenced its voluntary case under chapter 11 of the Bankruptcy Code.  Pursuant to this Court's order dated December 18, 2015, the below Debtor entities are being jointly administered, for procedural purposes only, pursuant to Bankruptcy Rule 1015(b).

1.   Newbury Common Associates, LLC

2.   Seaboard Realty, LLC

3.   600 Summer Street Stamford Associates, LLC

4.   Seaboard Hotel Member Associates, LLC

5.   Seaboard Hotel LTS Member Associates, LLC

6.   Park Square West Member Associates, LLC

7.   Seaboard Residential, LLC

8.   One Atlantic Member Associates, LLC

9.   88 Hamilton Member Avenue Associates, LLC

10.   316 Courtland Avenue Associates, LLC

11.   300 Main Management, Inc.

12.   300 Main Street Member Associates, LLC

13.   PSWMA I, LLC

14.   PSWMA II, LLC

15.   Tag Forest, LLC

Additionally, on the date hereof, each of the affiliated entities listed below (including the Debtor in this chapter 11 case) filed petitions for relief under chapter 11 of the Bankruptcy Code in this Court.   Contemporaneously with the filing of these petitions, such entities have filed a supplemental motion for joint administration of their chapter 11 cases for procedural purposes only with the Initial Debtors.

1.   Newbury Common Member Associates, LLC

2.   Century Plaza Investor Associates, LLC

3.   Seaboard Hotel Associates, LLC

4.   Seaboard Hotel LTS Associates, LLC

5.   Park Square West Associates, LLC

6.   Clocktower Close Associates, LLC

7.   One Atlantic Investor Associates, LLC

8.   220 Elm Street I, LLC

9.   300 Main Street Associates, LLC

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| NEWBURY COMMON MEMBER ASSOCIATES, LLC, | ) | Case No. 16 - _____ (LSS) |
|  | ) |  |
| Debtor. | ) |  |

## LIST OF DEBTOR'S EQUITY SECURITY HOLDERS
## IN ACCORDANCE WITH BANKRUPTCY RULE 1007[1]

### Membership Interests

| Equity Holder | Address of Equity Holder | Interest Percentage |
|---|---|---|
| Seaboard Realty, LLC | 1 Atlantic Street Stamford, CT 06901 | 25.00% |
| Arrowhead Trust | f/b/o Janet M. O'Connor 36 Tokeneke Trail Darien, CT 06820 | 1.57431% |
| Arrowhead Trust | f/b/o Janet M. O'Connor 36 Tokeneke Trail Darien, CT 06820 | 1.57431% |
| Marilyn J. Birdsall Trustee of the Estate Tax Shelter Trust | 60 Indian Head Road Riverside, CT 06878 | 3.14861% |
| John M. Callagy | Kelley Drye & Warren LLP 101 Park Avenue, 32nd Fl. New York, NY 10178 | 0.62972% |
| Henry D. Cavanna | 64 Rowayton Avenue Rowayton, CT 06853 | 1.25945% |
| James D. & Susan C. Cuppini | 29 W. 331 Old Wayne Ct. West Chicago, IL 60185 | 0.62972% |
| Robert Daly IRA | Morgan Stanley Smith Barney 200 Nyala Farms Rd. Westport, CT 06880 | 1.25945% |

---

[1]    As set forth in the First Day Declaration of Marc Beilinson in Support of the Chapter 11 Petitions, on December 2, 2015, John J. DiMenna, Jr. relinquished his rights, powers, and privileges with respect to the Debtor, including his membership interest in the Debtor and its Debtor affiliates.

| Equity Holder | Address of Equity Holder | Interest Percentage |
|---|---|---|
| Brian C. DiMenna | 1110 Park Avenue, Apt 3L<br>Hoboken, NJ 07030 | 0.15743% |
| John J. DiMenna, III | c/o John J. Dimenna, Jr.<br>19 Rockwell Lane<br>Darien, CT 06820 | 0.15743% |
| M. Lynn DiMenna | 19 Rockwell Lane<br>Darien, CT 06820 | 0.62972% |
| Meredith DiMenna | 25 Grand Street, Unit 239<br>Norwalk, CT 06851 | 0.15743% |
| Thomas E. DiMenna | c/o John J. Dimenna, Jr.<br>19 Rockwell Lane<br>Darien, CT 06820 | 0.15743% |
| Jeffrey R. Dunne Revocable Trust | 90 Butternut Lane<br>Southport, CT 06890 | 1.25945% |
| Christopher Durfee | CSD Holdings, LLC<br>c/o Merrill Lynch Attn:  Caroline Wall<br>38 East Main Street<br>Mystic, CT 06355 | 0.31486% |
| Charles P. and Judith D. Eaton | 20 Point Road<br>Norwalk, CT 06854 | 1.88917% |
| Gilbert H. and Anna M. Engels | 413 Mill Hill Terrace<br>Southport, CT 06890 | 2.20403% |
| Gilbert Engels, Jr. | 7 Arrow Head Road<br>Westport, CT 06880 | 0.31486% |
| Susan R. Epstein | 8 Marvin Street<br>Norwalk, CT 06855 | 2.83375% |
| William P. Frank | Skadden, Arps, Slate, Meagher &<br>FLom<br>4 Times Square<br>New York, NY 10036 | 0.62972% |
| David Frankel Trustee | The Bud Frankel Irrevocable Trust<br>f/b/o Alexander Frankel<br>38 Circle Drive<br>Hastings on Hudson, NY 10706 | 0.62972% |
| David Frankel Trustee | The Bud Frankel Irrevocable Trust<br>f/b/o Emma Frankel<br>38 Circle Drive<br>Hastings on Hudson, NY 10706 | 0.62972% |

| Equity Holder | Address of Equity Holder | Interest Percentage |
|---|---|---|
| David & Susan Frankel | 38 Circle Drive<br>Hastings on Hudson, NY 10706 | 0.94458% |
| Samuel B. Fuller | 40 Contentment Island Road<br>Darien, CT 06890 | 1.25945% |
| Estate of David J. Gerson | c/o Diana Gerson<br>52 Saw Creek Estates<br>Bushkill, PA 18324 | 1.25945% |
| Greenhorn Mesa Partners LTD. | 2001 Kirby Drive Suite 607<br>Houston, TX 77019 | 1.57431% |
| Edward T. Hapgood, Jr. | 1939 Fairfield Beach Road<br>Fairfield, CT 06824 | 1.25945% |
| T. Peter Harding | 5 Poppy Lane<br>Glen Cove, NY 11542 | 1.25945% |
| Jeno Szeredas Trust | Pollyann Kelly Trustee<br>130 Brookline Drive<br>Pinehurst, NC 28374 | 0.62972% |
| Pollyann Kelly | 130 Brookline Drive<br>Pinehurst, NC 28374 | 0.62972% |
| Thomas L. Kelly, Jr. | 130 Brookline Drive<br>Pinehurst, NC 28374 | 3.14861% |
| Robert E. & Elizabeth A. LaBlanc | 60 East End Avenue, Apt. 19A<br>New York NY 10028 | 1.25945% |
| Laurence and Karol London | 175 East Middle Patent Road<br>Bedford, NY 10506 | 1.25945% |
| Leonard and Leslie London | 21697 Old Ridge Trail<br>Boca Raton, FL 33428 | 2.51889% |
| Theodore Mann Lifetime Fund | Circle in the Square<br>1633 Broadway<br>New York, NY 10019 | 2.83375% |
| C. Donald Martin | 907 Cumberland Ridge Road<br>Oxford, MS 38655 | 1.25945% |

3

| Equity Holder | Address of Equity Holder | Interest Percentage |
|---|---|---|
| Marvin A. Stolberg Trust | 11253 Boca Woods Lane<br>Boca Raton, FL 33428 | 1.25945% |
| Rosemary McAllister | 8 Peter Cooper Road #9B<br>New York, NY 10010 | 1.25945% |
| Judith S. McGuire & Raymond G. McGuire | 1088 Park Avenue, Apt 9E<br>New York, NY 10128 | 1.57431% |
| Christopher & Michele Meehan | 22 Bridle Trail<br>Fairfield, CT 06824 | 0.31486% |
| Jack & Fran Meehan | 1011 Pequot Avenue<br>Southport, CT 06890 | 1.57431% |
| Douglas J. Mello | 66 Milton Road, Apt. D11<br>Rye, NY 10580 | 1.25945% |
| John D. & Regina L. Mello | 4 Woodhill Road<br>Westport, CT 06880 | 1.25945% |
| Christine C. Merritt | 83 Brookside Road<br>Darien, CT 06820 | 2.20403% |
| William A. Merritt, Jr. | 83 Brookside Road<br>Darien, CT 06820 | 0.94458% |
| Dominic Napolitano | 10 Pasture Lane<br>Darien, CT 06820 | 1.57431% |
| Thomas E. O'Connor | P.O. Box 6431<br>520 Spruce Ridge Lane<br>Snowmass Village, CO 81615 | 6.29723% |
| Radha Ramaswamy | 326 Prospect Avenue, Apt. 12K<br>Hackensack, NY 07601 | 0.62972% |
| Richard and Kathy Robustelli | 31 Eastover Road<br>Stamford, CT 06905 | 1.25945% |
| Faye Z. Ross | 7188 Lincoln Drive<br>Philadelphia, PA 19119 | 0.31486% |

4

| Equity Holder | Address of Equity Holder | Interest Percentage |
|---|---|---|
| James A. Ross | 1 Old Windmill Road<br>Clarks Summit, PA 18411 | 0.31486% |
| Dr. Allen B. Rothpearl | 9 Crabtree Lane<br>Roslyn, NY 11576 | 1.57431% |
| Norla Rothpearl | 12314 Dunwoody Drive<br>Jacksonville, FL 32225 | 1.88917% |
| Dana E. Salvatore | 85 Clearview Lane<br>New Canaan, CT 06840 | 1.57431% |
| SAV Equities LLC | c/o Anthony Savarese<br>30 Drake Avenue<br>Rye, NY 10580 | 1.25945% |
| David H. and Janet M. Soskin | 10 Dellwood Road<br>Darien, CT 06820 | 1.25945% |
| Lisa Speigel | 11624 NW 52nd Court<br>Coral Springs, FL 33076 | 0.15743% |
| Gregory V. Stanton | 14 Pryer Lane<br>Larchmont, NY 10538 | 0.53525% |
| Turning Block Capital, LLC | 137 Rowayton Ave<br>Rowayton, CT 06853 | 0.62972% |

Debtor Name <u>Newbury Common Member Associates, LLC</u>

United States Bankruptcy Court for the:  _____ District of <u>Delaware</u>

Case Number (if known)  _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration  <u>Equity Holder List</u>

I declare under penalty of perjury that the foregoing is true and correct.[1]

Executed on  <u>02/03/2016</u>
MM / DD / YYYY

x  <u>/s/ Marc Beilinson</u>                                          Marc Beilinson
Signature of authorized representative of debtor          Printed name

Title  <u>Chief Restructuring Officer</u>

---

[1] For the reasons set forth in my declaration in Support of the Additional Chapter 11 Petitions and First Day Pleadings, the Debtors are continuing to review their assets, liabilities and ownership interests.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| NEWBURY COMMON MEMBER | ) | Case No. 16 - _____ (LSS) |
| ASSOCIATES, LLC, | ) |  |
| Debtor. | ) |  |
|  | ) |  |

## CORPORATE OWNERSHIP STATEMENT OF
## NEWBURY COMMON MEMBER ASSOCIATES, LLC[1]

In accordance with Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, Newbury Common Member Associates, LLC states as follows:

- Seaboard Realty, LLC owns 10% or more of the membership interests of Newbury Common Member Associates, LLC.

- Thomas L. Kelly, Jr. and William A. Merritt, Jr. own 10% or more of the membership interests of Seaboard Realty, LLC.

---

[1] As set forth in the First Day Declaration of Marc Beilinson in Support of the Chapter 11 Petitions, on December 2, 2015, John J. DiMenna, Jr. relinquished his rights, powers, and privileges with respect to the Debtor, including his membership interest in the Debtor and its Debtor affiliates.

1

Debtor Name <u>Newbury Common Member Associates, LLC</u>

United States Bankruptcy Court for the: _____ District of <u>Delaware</u>

Case Number (if known) _____

<u>Official Form 202</u>

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration  <u>Corporate Ownership Statement</u>

I declare under penalty of perjury that the foregoing is true and correct.[1]

Executed on        <u>02/03/2016</u>
                      MM / DD / YYYY

x   <u>*/s/ Marc Beilinson*</u>                                <u>Marc Beilinson</u>
     Signature of authorized representative of debtor        Printed name

     Title    <u>Chief Restructuring Officer</u>

---

[1]     For the reasons set forth in my declaration in Support of the Additional Chapter 11 Petitions and First Day Pleadings, the Debtors are continuing to review their assets, liabilities and ownership interests.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| NEWBURY COMMON MEMBER | ) | Case No. 16 - _____ (LSS) |
| ASSOCIATES, LLC, | ) |  |
| Debtor. | ) |  |
|  | ) |  |

## WRITTEN CONSENT OF THE MANAGER OF
## NEWBURY COMMON MEMBER ASSOCIATES, LLC

THE UNDERSIGNED, being the Manager (the "**Manager**") of Newbury Common Member Associates, LLC, a Connecticut limited liability corporation (the "**Company**"), hereby unanimously consents in writing to the adoption of the resolutions attached hereto as **Exhibit A** in accordance with the Limited Liability Company Operating Agreement and Connecticut Limited Liability Company Act and such actions to have the same force and effect as though duly taken and adopted at a meeting of the Manager of the Company duly called and legally held.

IN WITNESS WHEREOF, the undersigned has executed this Written Consent, in one or more counterparts, as of this 3rd day of February, 2016.

**Seaboard Realty, LLC**
as Manager

By: _____
Name:  Thomas L. Kelly, Jr.
Title: Managing Member


By: _____
Name:  William A. Merritt, Jr.
Title: Managing Member


Waterbridge Advisors LLC
Title:  Managing Member

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| NEWBURY COMMON MEMBER | ) | Case No. 16 - _____ (LSS) |
| ASSOCIATES, LLC, | ) |  |
| Debtor. | ) |  |
|  | ) |  |

## WRITTEN CONSENT OF THE MANAGER OF
## NEWBURY COMMON MEMBER ASSOCIATES, LLC

THE UNDERSIGNED, being the Manager (the "**Manager**") of Newbury Common Member Associates, LLC, a Connecticut limited liability corporation (the "**Company**"), hereby unanimously consents in writing to the adoption of the resolutions attached hereto as **Exhibit A** in accordance with the Limited Liability Company Operating Agreement and Connecticut Limited Liability Company Act and such actions to have the same force and effect as though duly taken and adopted at a meeting of the Manager of the Company duly called and legally held.

IN WITNESS WHEREOF, the undersigned has executed this Written Consent, in one or more counterparts, as of this 3rd day of February, 2016.

**Seaboard Realty, LLC**
as Manager

By: _____
Name:  Thomas L. Kelly, Jr.
Title: Managing Member

By: _____
Name:  William A. Merritt, Jr.
Title: Managing Member

Waterbridge Advisors LLC
Title:  Managing Member

By: _____
Name:  Howard Altschul
Title: Manager

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| NEWBURY COMMON MEMBER | ) | Case No. 16 - _____ (LSS) |
| ASSOCIATES, LLC, | ) |  |
| Debtor. | ) |  |
|  | ) |  |

## WRITTEN CONSENT OF THE MANAGER OF
## NEWBURY COMMON MEMBER ASSOCIATES, LLC

THE UNDERSIGNED, being the Manager (the "**Manager**") of Newbury Common Member Associates, LLC, a Connecticut limited liability corporation (the "**Company**"), hereby unanimously consents in writing to the adoption of the resolutions attached hereto as **Exhibit A** in accordance with the Limited Liability Company Operating Agreement and Connecticut Limited Liability Company Act and such actions to have the same force and effect as though duly taken and adopted at a meeting of the Manager of the Company duly called and legally held.

IN WITNESS WHEREOF, the undersigned has executed this Written Consent, in one or more counterparts, as of this 3rd day of February, 2016.

**Seaboard Realty, LLC**
as Manager

By: _____
Name:  Thomas L. Kelly, Jr.
Title: Managing Member


By: _____
Name:  William A. Merritt, Jr.
Title: Managing Member


Waterbridge Advisors LLC
Title:  Managing Member

By: _____
Name:  Howard Altschul
Title: Manager

**<u>Exhibit 1</u>**

**Resolutions of the Manager of Newbury Common Member Associates, LLC**

WHEREAS, that in the business judgment of the Company, it is desirable and in the best interests of the Company, its creditors, members and other interested parties, that a voluntary petition be filed by the Company under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**");

NOW, THEREFORE, BE IT:

I.    Voluntary Petition Under the Provisions of Chapter 11 of the Bankruptcy Code

RESOLVED, that in the business judgment of the Manager, it is desirable and in the best interests of the Company and its creditors, employees, members, and other investors, stakeholders, and other interest parties that a voluntary petition be filed in the Court by the Company under the provisions of chapter 11 of the Bankruptcy Code; and

RESOLVED, that Marc Beilinson and Mark Murphy, acting for and on behalf of the Company (collectively, the "**Authorized Officers**") be, and each of them hereby is, authorized on behalf of the Company to (a) execute and verify a voluntary petition for relief under chapter 11 of the Bankruptcy Code and (b) cause the same, including any amendments or supplements thereto, to be filed in the Court, in such form and at such time as such Authorized Officer executing the petition shall determine and approve, such determination and approval to be conclusively evidenced by the execution, verification, and filing thereof; and

RESOLVED, that the Authorized Officers or any one of them be, and each of them hereby is, authorized and empowered to execute and file on behalf of the Company all petitions, schedules, lists, motions, applications, pleadings, and other papers or documents as necessary to commence the chapter 11 case and obtain relief under chapter 11 of the Bankruptcy Code, and to take any and all further acts and deeds that the Authorized Officer deem necessary or proper to obtain such relief, including, without limitation, any acts or deeds necessary to facilitate administration of the chapter 11 case; and

II.    Cash Collateral and DIP Financing

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized and empowered, to the extent necessary, to cause the Company to obtain and/or guarantee post-petition financing and/or use of cash collateral according to the terms to be negotiated, by the management of the Company or otherwise approved by the Bankruptcy Court; and the Company is hereby authorized and directed to take all actions necessary in connection therewith, including, without limitation, (i) the incurrence of debtor in possession financing in such amounts and on such terms as the Authorized Officers deems necessary or advisable (the "**DIP Financing**"), (ii) the execution and delivery of any documents to evidence the DIP Financing, including, without limitation, all credit agreements and notes, (iii) the incurrence and payment of fees, (iv) the execution and delivery of real property and personal property (including intellectual property) security agreements (and amendments, supplements and/or other modifications thereto, as appropriate), (v) the granting of liens on and/or security interests in any and all assets of the Company, (vi) the authorization of filing and/or recording, as applicable, of financing statements, agreements, mortgages or any other documents evidencing and/or

perfecting such liens or security interests and amendments to such financing statements, agreements, mortgages or other documents, and (vii) the execution and delivery of deposit, securities and/or other account control agreements (and amendments, supplements and/or other modifications thereto, as appropriate); and the Authorized Officers are hereby authorized and directed to execute any appropriate agreements and related ancillary documents on behalf of the Company in connection with the foregoing; and

III.    <u>Sale of Assets</u>

RESOLVED, that the Authorized Officers be, and each of them individually hereby is, authorized and empowered, in the name and on behalf of the Company, to negotiate, execute, deliver, and perform, in the name of the Company, agreements, consents, certificates, amendments, assignments and instruments as may be necessary to consummate a sale of any or all of the Company's assets, subject to approval by the Court; and

IV.    <u>Engagement of Chapter 11 Professionals</u>

RESOLVED, that the Authorized Officers or any one of them be, and each of them hereby is, authorized and directed to retain on behalf of the Company (a) the law firms of Dechert LLP and Young Conaway Stargatt & Taylor, LLP to render legal services to, and to represent, the Company in connection with the chapter 11 filing and any other related matters in connection therewith, on such terms as any Authorized Officer shall approve and subject to approval of the Court, (b) Beilinson Advisory Group to render restructuring advisory services to the Company in connection with the chapter 11 filing and any other related matters in connection therewith, on such terms as any Authorized Officer shall approve, (c) Anchin, Block & Anchin LLP  to render forensic accounting services to the Company in connection with the chapter 11 filing and any other related matters in connection therewith, on such terms as any Authorized Officer shall approve, and (d) such other professionals as any Authorized Officer deems necessary and appropriate during the course of the chapter 11 filing; and

RESOLVED, that the Authorized Officers or any one of them be, and each of them hereby is, authorized to engage and retain all assistance by legal counsel, accountants, financial advisors, restructuring advisors, and other professionals (including, without limitation, those professionals specifically named herein) in connection with the chapter 11 case, on such terms as such Authorized Officers deem necessary, appropriate, proper, or desirable, with a view to the successful prosecution of such case; and

V.    <u>Further Actions and Prior Actions</u>

RESOLVED, that the Company be, and hereby is, authorized and empowered to appoint an independent managing member, manager, or director, as applicable, on behalf of the entities for which the Company is the Managing Member or Manager, as applicable, and to take any action as it may deem to be necessary or appropriate to effectuate the foregoing; and

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized on behalf of the Company to take any and all actions to execute, deliver, certify, file, and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificate, and

to take any and all steps deemed by any such Authorized Officer to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions; and

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized and empowered, for and on behalf of the Company, to certify and attest and affix the seal of the Company to any documents that such Authorized Officer may deem necessary or appropriate to consummate the transactions contemplated by the documents heretofore authorized and approved, provided that such certification, attestation, and seal shall not be required for the due authorization, execution and delivery, or validity of the particular document; and

RESOLVED, that any and all lawful actions heretofore taken by, or at the direction of, any Authorized Officer or the Manager of the Company in the name and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects.

Debtor    Newbury Common Member Associates, LLC Case number (if known)

---

**Fill in this information to identify the case:**

Debtor name <u>Newbury Common Member Associates, LLC</u>

United States Bankruptcy Court for the District of Delaware.

Case number (if known):

☐ Check if this is
an amended
filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders On a Consolidated Basis[1]    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | SSC, Inc. P.O. Box 135 Battleboro, VT 05302 | Hal Villagomez hvillagomez@securessc.com (914) 347-2400 | Trade debts | | | | $250,518.08 |
| 2 | SPAGS NE LLC dba Lionheart Maintenance 150 Morris Ave., Suite 201 Springfield, NJ 07081 | Attn:  Leslie Alvarado Email:  leslie@lhmus.com (973) 218-6443 | Trade debts | | | | $147,389.89 |
| 3 | Tri-Star Services Inc. 39 Kenosia Ave. Danbury, CT 06810 | Adam Barbieri email: adam@tristarservice.net (203) 744-3165 | Trade debts | | | | $133,790.12 |
| 4 | Berkowitz, Trager & Trager, LLC 8 Wright Street, 2nd Floor Westport, CT 06880 | (203) 226-1001 | Professional services | | | | $126,633.00 |
| 5 | Propark Inc. 301 Elm Street Stamford, CT 06901 | Blake Gulino Blake.Gulino@propark.com (203) 323-5227 | Trade debts | CUD | | | $94,008.62 |

---

[1]    The information set forth on the Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (the "**Top 30 List**") is based upon currently available information.  The Top 30 List does not include claims of the Debtors' affiliates, or claims of companies controlled by John J. DiMenna, Jr. (collectively, the "**Excluded Claims**").  The Debtors are continuing to review their assets, liabilities and ownership interests and reserve the right to amend or modify the Top 30 List at any time, including to reflect that any of the claims on the Top 30 List are contingent, unliquidated, or disputed.  The Debtors also reserve its rights with respect to the Excluded Claims.

Debtor        Newbury Common Member Associates, LLC Case number (if known)

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | IMCS, LLC 44 Coleytown Road Westport, CT 06880 | (203) 227-0800 | Professional services | | | | $93,000.00 |
| 7 | CBRE, Inc. 200 Park Ave., 17th Floor New York, NY 10166 | Margaret Raff (212) 984-8217 | Professional services | | | | $56,231.25 |
| 8 | Diserio, Martin, O'Connor & Castiglioni LLP One Atlantic Street Stamford, CT 06902 | William Durkin WDurkin@dmoc.com (203) 358-0800 | Professional services | | | | $36,730.76 |
| 9 | Jonathan Nehmer + Assoc., Inc. 7361 Calhoun Place Suite 310 Rockville, MD 20855 | (301) 670-1635 | Professional services | | | | $30,931.12 |
| 10 | Drivers Unlimited Inc. 9 Mott Ave., Suite 306 Norwalk, CT 06850 | Attn: Randy Klein rkelin@driversunlimited.com (203) 656-8400 | Trade debts | | | | $29,954.55 |
| 11 | City of Stamford P.O. Box 50 Stamford, CT 06904 | (203) 324-4090 | Taxes | | | | $29,895.33 |
| 12 | Stamford WPCA P.O. Box 1200 Hartford, CT 06143 | (888) 263-5047 | Trade debts | | | | $29,733.12 |
| 13 | Kencal Maintenance Corporation 399 Knollwood Rd. White Plains, NY 10603 | Attn: Mary Cintron mcintron@kencalmaintenance.com (914) 761-5900 ext. 204 | Trade debts | | | | $27,961.41 |

Debtor        Newbury Common Member Associates, LLC  Case number (if known)

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 Kravet Realty, LLC 180 Broad Street Stamford, CT 06901 | Jeff Kravet kravetjeff@gmail.com  Number unlisted | Professional services | | | | $26,126.82 |
| 15 Karps True Value Hardware 485 Hope Street Stamford, CT 06906 | Attn:  Marc Email: marc@karpshardware.com (203) 327-0460 | Trade debts | | | | $23,125.00 |
| 16 Redniss & Mead, Inc. 22 First Street Stamford, CT 06905 | Attn:  Shelia Sweet s.sweet@rednissmead.com (203) 327-0500 | Professional services | | | | $22,353.76 |
| 17 ASD Construction, LLC 150 Avon Street Stratford, CT 06615 | Wilfredo Ayala willie@asd.construction (203) 394-8272 | Trade debts | | | | $22,328.49 |
| 18 My Slidelines, LLC 1318 Kossuth St. Bridgeport, CT 06608 | Scott Goldstein scott@servproofstamford.com (203) 324-1642 | Trade debts | | | | $20,757.78 |
| 19 Carpet City 1555 Black Rock Turnpike Fairfield, CT 06825 | Dave Montani carpetcity@optonline.net> (203) 331-8771 | Trade debts | | | | $20,707.59 |
| 20 Heller And Johnsen 35 Nutmeg Drive Suite 325 Trumbull, CT 06611 | (203) 380-8188 | Professional Services | | | | $19,709.18 |
| 21 One Solution Services, LLC 626 Surf Avenue Stratford, CT 06615 | Paul Spagnoletti paul@lhmus.com (203) 335-3300 | Trade debts | | | | $19,091.28 |

Debtor      Newbury Common Member Associates, LLC Case number (if known)

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 22 Great Northern Elevator Co. LLC 1584 Chamberlain Hwy Kensington, CT 06037 | Philip Johnston pjelevator@gmail.com (781) 927-5164 | Trade debts | | | | $16,803.56 |
| 23 City Carting & Recycling 8 Viaduct Rd. Stamford, CT 06907 | Attn:  Rich Lupinacci RTLup@citycart.net (203) 324-4090 | Trade debts | | | | $16,391.28 |
| 24 American Furniture Rental P.O. Box 821014 Philadelphia, PA 19182 | (856) 406-1200 | Trade debts | | | | $11,626.27 |
| 25 Connecticut Materials Testing Lab, Inc. 7 Lexington Ave. South Norwalk, CT 06854 | (203) 838-6978 | Trade debts | | | | $11,224.06 |
| 26 Sky View Buildings, LLC 180 Bedford St. – 2nd fl Stamford, CT  06901 | Paul Gouda paul@skyviewbuilders.com (203) 274-5756 | Trade vendors | | | | $11,176.87 |
| 27 Pelliccione & Assoc., LLC Landmark Square Stamford, CT 06901 | Joe Pelliccione (203) 327-0408 PellAssoc@ATT.Net | Professional services | | | | $9,985.00 |
| 28 Grosso Custom Builders 86 Sheridan St. Stratford, CT 06115 | Wilfredo Ayala (203) 380-2234 | Trade vendors | | | | $9,622.12 |
| 29 KM Communications Services 1 Dock Street Suite 106 Stamford, CT 06902 | Thomas Kelly t.kelly@kmgroup.org (203) 973-1189 | Trade vendors | | | | $9,267.19 |

Debtor        Newbury Common Member Associates, LLC Case number (if known)

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 30 | Carmody Torrance Sandak Hennessey 707 Summer St, 300, Stamford, CT 06901 | (203) 425-4200 | Professional services | | | | $9,033.00 |

Debtor Name <u>Newbury Common Member Associates, LLC</u>

United States Bankruptcy Court for the: _____ District of <u>Delaware</u>

Case Number (if known) _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.[1]

Executed on   <u>02/03/2016</u>
                   MM / DD / YYYY

x   */s/ Marc Beilinson*                                            Marc Beilinson
    Signature of authorized representative of debtor              Printed name

Title   <u>Chief Restructuring Officer</u>

---

[1]    For the reasons set forth in my declaration in Support of the Additional Chapter 11 Petitions and First Day Pleadings, the information set forth on the consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (the "**Top 30 List**") is based upon currently available information. The Debtors are continuing to review their assets, liabilities and ownership interests and reserve the right to amend or modify the Top 30 List at any time.

1